UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61603

JULIUS SEILER,

    Plaintiff,

vs.

THURFF CORPORATION,

    Defendant.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, JULIUS SEILER, by and through his undersigned counsel, hereby dismisses the above referenced action without prejudice.

Submitted on this 30th day of September, 2016.

    */s/ Mark D. Cohen*_____
    Mark D. Cohen, Esquire
    Florida Bar No. 347345
    **J & M ADVOCACY GROUP, LLC**
    4651 Sheridan Street, Suite 301
    Hollywood, FL 33021
    Telephone: (954) 962-1166
    Facsimile: (954) 962-1779
    Email: service@jmadvocacygroup.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant, THURFF CORPORATION, c/o Glen Waugh at 804 North State Road 7, Margate, FL 33063.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345