```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 16-61603-CIV-ZLOCH
```

JULIUS SEILER,

      Plaintiff,              **FINAL ORDER OF DISMISSAL**

vs.

THURFF CORPORATION,

      Defendant.

_____/

    THIS MATTER is before the Court upon Plaintiff's Voluntary Dismissal Without Prejudice (DE 9).  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff's Voluntary Dismissal Without Prejudice (DE 9) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____31st____ day of October, 2016.



                          WILLIAM J. ZLOCH
                          United States District Judge

Copies furnished:

All Counsel and Parties of Record